JS-6

Note Changes Made by Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RICARDO SHERFIELD,

    Plaintiff,

v.

BEACH GROCERY CO. INC., a California Corporation; VALLARTA FOOD ENTERPRISES, INC., a California Corporation,

    Defendants.

Case No.: 2:19-CV-08295-JFW-RAOx

**ORDER**

**ORDER OF DISMISSAL**

    In the Notice of Settlement filed on April 3, 2020, Docket No. 32, the parties represent that they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 2, 2020. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 2, 2020. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.

Dated: April 3, 2020

*/s/ John F. Walter*

HONORABLE JOHN F. WALTER
United States District Judge